

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Maxine Adams and Cecil Adams v. Rebecca Ross

Appellate case number:   01-11-00552-CV

Trial court case number: 2010-12207

Trial court:             269th District Court of Harris County

The Maxine Adams and Cecil Adams, "Appellants," have filed a "Joint Motion for Compliance with Court Ordered Appellate Record," complaining of the omission of unspecified documents from the clerk's record. Before the Court will rule on the motion, the Appellants are ordered to furnish the Court with the following:

1) File-stamped copies of the supplemental record designations from which the Appellants contend documents requested have been omitted from the clerk's record;

2) A list of the documents omitted from the clerk's record, and appearing on the file-stamped supplemental record designations, that Cecil Adams contends are necessary for review of the appellate issue the trial court determined was not frivolous—i.e., "July 27, 2011 Granted Directed Verdict: Deceptive Trade Practices Act Claim Unconscionable Eviction." Cecil should file a one-sentence explanation of the necessity of each document; and

3) A list of the documents omitted from the clerk's record, and appearing on the file-stamped supplemental record designations, that Maxine Adams contends are relevant to her appeal and for which she is willing to make payment arrangements with the district clerk for inclusion in a supplemental record.

Because of the significant delays in this appeal, the Court suspends the application of rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," for the filing of the items requested in this order; the filing must be received in the clerk's office or filed in accordance with this court's rules on e-filing no later than **Monday, May 20, 2013**. *See* TEX. R. APP. P. 2, 9.2(b).
.

A briefing deadline will be set when the Court rules on the "Joint Motion for Compliance with Court Ordered Appellate Record," but the Appellants should begin preparation of their appellants' brief with the documents that are presently in the appellate record because, once the briefing deadline is set, no extensions of time will be granted for the filing of briefs absent proof of extraordinary circumstances.

It is so ORDERED.

Judge's signature:  **/s/ Harvey Brown**
                     Acting individually

Date:  May 13, 2013